Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 3

|  |  |
|---|---|
| **YILDIZ DEMIR ÇELIK SANAYI A.Ş. and YILDIZ ENTEGRE AGAÇ SANAYI ve TICARAT A.Ş.,**<br><br>                           **Plaintiffs,**<br><br>      v.<br><br> **UNITED STATES,**<br>                           **Defendant.** | **S U M M O N S**<br>**Court No. 26-00724** |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ Gina Justice
Clerk of the Court

1. The Plaintiff in this action is Yildiz Demir Çelik Sanayi A.Ş. and Yildiz Entegre Agaç Sanayi ve Ticaret A.Ş. (collectively, "YDÇ" or "Plaintiff"). YDÇ is a foreign producer and exporter of Corrosion-Resistant Steel Products from Republic of Türkiye (the "subject merchandise"). Plaintiff actively participated in the antidumping duty investigation before the U.S. Department of Commerce ("Commerce") upon which the contested determination was based and is an interested party pursuant to 19 U.S.C. § 1677(9)(A). Plaintiff has standing bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c). Therefore, it has standing to commerce this action pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(II).
   (Name and standing of plaintiff)

2. Plaintiff contests certain findings and conclusions of law made by Commerce and contained in *Corrosion-Resistant Steel Products From the Republic of Türkiye, Final Affirmative Determination of Sales at Less Than Fair Value,* 90 Fed. Reg. 42216 (Dep't Commerce Aug. 29, 2023), and accompanying Issues & Decision Memorandum, and *Corrosion-Resistant Steel Products From Brazil and Mexico: Amended Final Antidumping Duty Determination; Corrosion-Resistant Steel Products From Australia, Brazil, Canada, Mexico, the Netherlands, South Africa, Taiwan, the Republic of Türkiye, the United Arab Emirates, and the Socialist Republic of Vietnam: Antidumping Duty Orders*, 90 Fed. Reg. 59494 (Dep't Commerce Dec. 19, 2025) ("*Orders*").
   (Brief description of contested determination)

3. The contested final antidumping duty determination was issued Commerce on August 25, 2025 and the *Orders* were issued by Commerce on December 19, 2025.
   (Date of determination)

4. The antidumping duty determination was published August 29, 2025 and the *Orders* were published

<u>on December 19, 2025.</u>
(If applicable, date of publication in Federal Register of notice of contested determination)

Name, Firm, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

<u>  /s/ Jessica R. DiPietro        </u>
Signature of Plaintiff's Attorney

<u>  January 16, 2026              </u>
Date

Jessica R. DiPietro
ArentFox Schiff LLP
1717 K Street, NW
Washington, DC 20006-5344
202-350-3622
jessica.dipietro@afslaw.com

**SEE REVERSE SIDE**

# SERVICE OF SUMMONS BY THE CLERK

    If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)

| | |
|---|---|
| Attorney-in-Charge<br>U.S. DEPARTMENT OF JUSTICE<br>International Trade Field Office<br>Commercial Litigation Branch-Civil Division<br>Room 346<br>26 Federal Plaza<br>New York, N.Y. 10278 | Robert Heilferty, Chief Counsel<br>Office of the Chief Counsel for Trade<br>Enforcement & Compliance<br>U.S. DEPARTMENT OF COMMERCE<br>1401 Constitution Avenue, NW<br>Washington, D.C. 20230 |
| Jeanne E. Davidson<br>Director,<br>Civil Division<br>Commercial Litigation Branch<br>U.S. Department of Justice<br>1100 L Street, NW<br>Washington, D.C. 20530 | Evangeline Keenan, Director<br>APO/Dockets Unit<br>U.S. Department of Commerce<br>Room 18022<br>14th Street and Constitution Avenue, NW<br>Washington, D.C. 20230 |