UNITED STATES COURT OF INTERNATIONAL TRADE

Yildiz Demir Çelik Sanayi A.Ş. and Yildiz Entegre AGAÇ Sanayi ve Ticarat A.Ş v. United States, Court No. 26-00724

## CERTIFICATE OF SERVICE

Pursuant to Rule 3(f) of the Rules of the Court of International Trade, I, Kenneth N. Hammer, hereby certify that on this 17th day of February, 2026, copies of the foregoing Complaint were served by certified mail, return receipt requested, on the following parties:

**On behalf of The United States of America:**

Attorney-in-Charge
U.S. DEPARTMENT OF JUSTICE
International Trade Field Office
Commercial Litigation Branch - Civil Division
26 Federal Plaza – Room 346
New York, NY  10278

Chief Counsel
Office of the Chief Counsel for Trade Enforcement & Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Ave., NW
Room 3622
Washington, DC 20230

General Counsel
U.S. DEPARTMENT OF COMMERCE
14th Street & Constitution Avenue, NW
Room 5875
Washington, DC  20230

**On other counsel that represented interested parties before the U.S. Department of Commerce in the contested determination:**

Stephanie M. Bell, Esq.
WILEY REIN LLP
2050 M Street, NW
Washington, DC 20036
Email: lel-sbell@wiley.law

Thomas M. Beline, Esq.
CASSIDY LEVY KENT (USA) LLP
2112 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20037
Email: tbeline@cassidylevy.com

Roger B. Schagrin, Esq.
SCHAGRIN ASSOCIATES
900 7th Street, NW
Suite 500
Washington, DC 20001
Email: rschagrin@schagrinassociates.com

Stephen P Vaughn, Esq.
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4706
Email: svaughn@kslaw.com

David L Simon, Esq.
LAW OFFICE OF DAVID L. SIMON
1025 Connecticut Avenue, NW
Suite 1000
Washington, DC 20036
Email: dsimon@dlsimon.com

Leah Scarpelli, Esq.
ARENT FOX SCHIFF LLP
1717 K Street, NW
Washington, DC 20006
Email: leah.scarpelli@afslaw.com

Cagri Arici
EMBASSY OF TÜRKIYE
2525 Massachusetts Avenue, NW
Washington, DC 20008
Email: aricic@ticaret.gov.tr

Friederike Goergens
GREENBERG TRAURIG, LLP
2101 L Street NW
Washington, DC 20037
goergensf@gtlaw.com

Bulent Hacioglu Esq.
TRADE RESOURCES COMPANY
1025 Connecticut Avenue NW
Suite 1000
Washington, DC 20036
Email: bhacioglu@traderes.com

Attila Ugur BASBUG
THE GOVERNMENT OF TÜRKIYE
Ministry of Trade
Söğütözü Mah. Nizami Gencevi Cad. 63/1
06530 Çankaya, ANKARA, Türkiye
basbuga@ticaret.gov.tr

John Anwesen, Esq.
LIGHTHILL PC
300 New Jersey Avenue, NW
Suite 300
Washington DC 20001
Email: j.anwesen@lighthilltrade.com

        /s/ Kenneth N. Hammer
        Kenneth N. Hammer
        TRADE PACIFIC PLLC