## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

<table>
<tr><td>

**YILDIZ DEMIR ÇELIK SANAYI A.S. &
YILDIZ ENTEGRE AĞAÇ SANAYI VE
TICARET A.S.,**

                **Plaintiffs,**

    **v.**

**UNITED STATES,**

                **Defendant.**

</td><td>

**Before: Hon. Jennifer Choe-Groves,
       Judge**

**Court No. 26-00724**

</td></tr>
</table>

## CONSENT MOTION TO INTERVENE AS A MATTER OF RIGHT

Pursuant to Rules 24(a) and (c) of the Rules of the United States Court of International Trade, Nucor Corporation ("Nucor"), by and through its attorneys, respectfully requests that the Court grant this consent motion to intervene as a matter of right in the above-captioned action as defendant-intervenor.

Yildiz Demir Çelik Sanayi A.S. & Yildiz Entegre Ağaç Sanayi ve Ticaret A.S., ("Plaintiffs") instituted this action pursuant to 19 U.S.C. §§ 1516a(a)(2)(A)(i)(II) to contest the U.S. Department of Commerce's ("Commerce") determination in the sales at less-than-fair-value ("LTFV") investigation of certain corrosion resistant steel products from the Republic of Türkiye. *See Certain Corrosion Resistant Steel Products From the Republic of Türkiye,* 90 Fed. Reg. 42,216 (Dep't Commerce Aug. 29, 2025) (final affirm. deter. of sales at less than fair value); *see also* Issues and Decision Memorandum accompanying *Certain Corrosion Resistant Steel Products From the Republic of Türkiye,* 90 Fed. Reg. 42,216 (Dep't Commerce Aug. 29, 2025) (final affirm. deter. of sales at less than fair value).

Nucor may intervene in this action as a matter of right. Pursuant to 28 U.S.C. § 2631(j)(1), anyone who "would be adversely affected or aggrieved by a decision in a civil action pending in

Ct. No. 26-00724

the Court of International Trade" may seek to intervene in that action. *See* 28 U.S.C. § 2631(j)(1). Moreover, in a civil action under 516A of the Act, *codified as amended at* 19 U.S.C. § 1516a, "an interested party who was a party to the proceeding in connection with which the matter arose . . . may intervene as a matter of right." 28 U.S.C. § 2631(j)(1)(B).

Nucor is a domestic producer of certain corrosion resistant steel products and actively participated in the LFTV investigation that is the subject of this appeal. Accordingly, Nucor is a domestic interested party within the meaning of 19 U.S.C. §§ 1677(9)(C), 1516a(d), 1516a(f)(3) and is a party to the proceeding under 19 C.F.R. § 351.102(b)(36). Thus, Nucor may intervene in the above-captioned action as a matter of right pursuant to 28 U.S.C. § 2631(j)(1)(B).

Nucor moves to intervene on the side of the Defendant, the United States, in support of the final results of the subject LFTV investigation by Commerce.

Plaintiffs filed a complaint in this action on February 17, 2026. *See* Compl. (Feb. 17, 2026), ECF No. 8. This motion is being made within thirty days after the date of service of Plaintiffs' complaint and therefore is timely under Rules 24(a) and 6(a) of the Rules of this Court.

As required by Rules 7(b) and (f) of the Rules of this Court, counsel for Nucor have consulted with the parties to this action concerning this motion. Counsel for Plaintiffs, Kenneth Hammer of Trade Pacific PLLC, consented to this motion by email on March 10, 2026. Counsel for Defendant, Blake Cowman, of the U.S. Department of Justice, consented to this motion by email on March 11, 2026. Counsel for Defendant-Intervenor, James E. Ransdell, IV of Cassidy Levy Kent (USA) LLP, consented to this motion by email on March 18, 2026. Counsel for Defendant-Intervenor, Jeffrey D. Gerrish, of Schagrin Associates, consented to this motion by email on March 18, 2026.

**Ct. No. 26-00724**

Therefore, we respectfully request that the Court grant Nucor's consent motion to intervene as a matter of right as defendant-intervenor in the above-captioned action.

Respectfully submitted,

/s/ Alan H. Price
Alan H. Price, Esq.
Christopher B. Weld, Esq.
Stephanie M. Bell, Esq.

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000

*Counsel to Nucor Corporation*

Dated:  March 19, 2026

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

<table>
<tr><td>

**YILDIZ DEMIR ÇELIK SANAYI A.S. & YILDIZ ENTEGRE AĞAÇ SANAYI VE TICARET A.S.,**

                         **Plaintiff,**

       **v.**

**UNITED STATES,**

                        **Defendant.**

</td><td>

**Before: Hon. Jennifer Choe-Groves, Judge**

**Court No. 26-00724**

</td></tr>
</table>

**ORDER**

Upon consideration of the consent motion of Nucor Corporation ("Nucor"), to intervene as a matter of right as defendant-intervenor in the above-captioned action, it is hereby

**ORDERED**, that Nucor's consent motion to intervene is granted, and it is further

**ORDERED**, that Nucor be entered as defendant-intervenor in the above-captioned action.

_____
                                    Judge

Dated: _____
       New York, New York